IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>HERACLIO SANCHEZ-RODRIGUEZ, TAMARA DENISE BREN, and KEVIN GLENN PETERSON, II,<br><br>            Defendants. | Case No. 3:23-cr-00090-RRB<br><br>**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR SEVERANCE** |

Before the Court at Docket 80 is a Report and Recommendation to Deny Motion for Severance, which Motion for Severance was filed by Defendant Kevin Glenn Peterson, II, at Docket 71, and which motion was opposed by the Government at Docket 78.

The Court has reviewed the matter in detail and, for the reasons set forth by both the Government in its opposition and by the Magistrate Judge in the aforesaid Report and Recommendation, hereby DENIES the Motion for Severance, without prejudice.

The Court will, of course, revisit the matter if facts or circumstance arise that find the instant request to be reasonable and appropriate.

IT IS SO ORDERED this 25th day of January, 2024, at Anchorage, Alaska.

                                            */s/ Ralph R. Beistline*
                                            RALPH R. BEISTLINE
                                            Senior United States District Judge

*United States v. Sanchez-Rodriguez, et al.*                                                               Case No. 3:23-cr-00090-RRB
Order Accepting and Adopting Report and Recommendation and Denying Motion for Severance         Page 2
Case 3:23-cr-00090-RRB-KFR    Document 96    Filed 01/25/24    Page 2 of 2