IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KEVIN GLENN PETERSON, II,<br><br>                Defendant. | Case No. 3:23-cr-00090-RRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO DISMISS INDICTMENT FOR MULTIPLICITY** |

Before the Court, at Docket 72, is Defendant, Kevin Glenn Peterson, II, with a Motion to Dismiss Indictment for Multiplicity, which motion is opposed by the Government at Docket 77. At Docket 83, the Magistrate Judge filed a thorough and well-reasoned Report and Recommendation which recommended that the aforesaid motion be denied. No objections to the Report and Recommendation were filed.

For the reasons argued by the Government at Docket 77, and for the reasons set forth by the Magistrate Judge at Docket 83, the Court adopts the Magistrate Judge's recommendation, and hereby DENIES the Motion to Dismiss Indictment for Multiplicity.

As the Magistrate Judge notes, each offense to which Defendant objects requires proof of a fact that the others do not. In addition, Defendant has been properly charged with two counts of certain offenses due to there being two victims in this case.

IT IS SO ORDERED this 8th day of February, 2024, at Anchorage, Alaska.

                                                */s/ Ralph R. Beistline*
                                                RALPH R. BEISTLINE
                                                Senior United States District Judge

*United States v. Peterson*           Case No. 3:23-cr-00090-RRB
Order Adopting Report and Recommendation and Denying Motion to Dismiss Indictment for Multiplicity    Page 2
Case 3:23-cr-00090-RRB-KFR    Document 99    Filed 02/08/24    Page 2 of 2