IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN GLENN PETERSON, II,<br><br>　　　　　　　Defendant. | Case No. 3:23-cr-00090-RRB<br><br>**ORDER DENYING MOTION TO DISMISS FOR VIOLATION OF SPEEDY TRIAL ACT** |

　　　　　Before the Court at Docket 79 is Defendant, Kevin Glenn Peterson, II, with a Motion to Dismiss for Violation of the Speedy Trial Act, which motion was opposed by the Government at Docket 90.  At Docket 95, the Magistrate Judge filed a Report and Recommendation in which the Magistrate Judge, in a ten-page order, addressed the issues well, and recommended that the motion be denied without prejudice.  No objections to this report have been filed.

　　　　　The Court has thoroughly reviewed all the above and finds the Report and Recommendation to be well founded and appropriate.  Therefore, for the reasons set forth therein, the Court hereby adopts the Report and Recommendation and DENIES the Motion to Dismiss for Violation of the Speedy Trial Act, without prejudice.

IT IS SO ORDERED this 8th day of February, 2024, at Anchorage, Alaska.

                                               */s/ Ralph R. Beistline*
                                                    RALPH R. BEISTLINE
                                                 Senior United States District Judge

*United States v. Peterson*                                                                               Case No. 3:23-cr-00090-RRB
Order Denying Motion to Dismiss for Violation of Speedy Trial Act                    Page 2
Case 3:23-cr-00090-RRB-KFR    Document 100    Filed 02/08/24    Page 2 of 2